**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-22-00213-CR**
_____

**VICTOR MONIQUE GOYENS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 221st District Court**
**Montgomery County, Texas**
**Trial Cause No. 20-08-09631-CR**

---

**ORDER**

Retained counsel for appellant, Victor Monique Goyens, filed a motion to withdraw as counsel due to appellant's failure to pay for legal services. The Court finds that a hearing is necessary to protect the appellant's right of appeal. It is therefore, ordered that the appeal is abated, and the case is remanded to the trial court for a hearing at which the appellant shall be present. We direct the trial court to determine whether the appellant has the right of appeal, if so, whether he desires to appeal, and if so, whether the appellant is indigent, whether he has retained counsel

1

for the appeal, and if so, whether counsel should be allowed to withdraw as counsel due to non-payment. If the trial court determines that the appellant desires to appeal, that he is indigent, and that retained counsel should be allowed to withdraw, we direct the trial court to appoint counsel to represent Goyens on appeal. A supplemental reporter's record of the hearing, together with a supplemental clerk's record containing any orders signed by the trial court in connection with the hearing, shall be filed with the Court of Appeals by January 11, 2023. All appellate timetables are suspended while the case is before the trial court.

ORDER ENTERED December 12, 2022.

PER CURIAM

Before Golemon, C.J., Horton and Johnson, JJ.